UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY B. TILLMAN,<br><br>    Petitioner,<br><br>  vs.<br><br>JAMES D. HARTLEY, et al,<br><br>    Respondents. | 1:09-cv-02116-OWW-GSA (HC)<br><br>ORDER AUTHORIZING<br>IN FORMA PAUPERIS STATUS |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pursuant to 28 U.S.C. § 1915, petitioner is hereby AUTHORIZED to proceed *in forma pauperis*.

IT IS SO ORDERED.

**Dated:   January 11, 2010**                    **/s/ Gary S. Austin**
                                                                       UNITED STATES MAGISTRATE JUDGE